UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FUENTES ALONSO,<br><br>   Petitioner,<br><br>  v.<br><br>K. CHAPPELL, Warden,<br><br>   Respondent.<br>_____/ | No. C-13-1831 EMC (pr)<br><br><br><br>**ORDER OF TRANSFER** |

  Petitioner has filed a petition for writ of habeas corpus to challenge his sentence from the Los Angeles County Superior Court. Los Angeles County lies within the venue of the Central District of California. Petitioner is confined at San Quentin State Prison in Marin County, within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d), although a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). The petition challenges the sentence imposed, rather than the execution of the sentence, as it alleges that Petitioner entered a guilty plea to manslaughter but was sentenced for second degree murder, and that his attorney provided ineffective assistance of counsel in allowing that to happen. The preferred venue is the Central District of California because Petitioner was convicted and the sentence was imposed in that district.

///

///

///

///

Pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is **TRANSFERRED** to the United States District Court for the Central District of California. The Clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

Dated: April 25, 2013

_____
EDWARD M. CHEN
United States District Judge

2